v.

**UNITED STATES, Defendant–Appellee.**

No. 01–5147.

United States Court of Appeals,
Federal Circuit.

Oct. 19, 2001.

**NORTH AMERICAN OIL COMPANY,**
**INC., Plaintiff–Cross Appellant,**

v.

**STAR BRITE DISTRIBUTING,**
**INC., Defendant–Appellant.**

No. 01–1575, 01–1576.

United States Court of Appeals,
Federal Circuit.

Oct. 19, 2001.

### ORDER

The order disposing of the last motion subject to Fed. R.App. P. 4(a)(4) having been filed in the United States District Court for the Northern District of Georgia,

IT IS ORDERED that the appeals be, and the same hereby are, REACTIVATED effective October 19, 2001.

The appellant's brief is due on December 18, 2001.

Before MICHEL, RADER, and GAJARSA, Circuit Judges.